IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK EUGENE RICKS,      ) | | |
|     ID #1238188              ) | | |
|         Petitioner,         ) | | |
| vs.                         ) | No. 3:07-CV-1898-M (BH) | |
|                            ) | ECF | |
| NATHANIEL QUARTERMAN, Director,   ) | Referred to U.S. Magistrate Judge | |
| Texas Department of Criminal      ) | | |
| Justice, Correctional Institutions Division,  ) | | |
|         Respondent         ) | | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court hereby **DENIES** plaintiff's petition for habeas corpus.

SO ORDERED this 6th day of July, 2009.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS